**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 26-2905-JFW(AJRx)**                                Dated: May 14, 2026

Title:        Jermaine Jones -v- Target Corporation, et al.

---

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                **None Present**
**Courtroom Deputy**                          **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION REMANDING TO STATE COURT [filed 4/10/26; Docket No. 18]**

Plaintiff's Motion Remanding to State Court is currently on calendar for May 18, 2026, at 1:30 p.m.,  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for May 18, 2026, is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__